No. 04–7913.  MITCHELL *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 96 Fed. Appx. 994;

No. 04–8632.  PINARGOTE-RAMIREZ *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 116 Fed. Appx. 246;

No. 04–8794.  SERRANO-PINERO *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 125 Fed. Appx. 978;

No. 04–8812.  MILLER *v.* UNITED STATES.  C. A. 3d Cir.  Reported below: 374 F. 3d 206;

No. 04–8814.  ALCANTARA *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 125 Fed. Appx. 976;

No. 04–8817.  BEASLEY *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 125 Fed. Appx. 976;

No. 04–8834.  KAETHER *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 914;

No. 04–8836.  MAZYCK *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 111 Fed. Appx. 683;

No. 04–8839.  JACKSON *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 114 Fed. Appx. 627;

No. 04–8870.  HIGGINBOTHAM *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 113 Fed. Appx. 641;

No. 04–8871.  HORNE *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 327;

No. 04–8887.  MOORE *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 114 Fed. Appx. 153;

No. 04–8893.  LOZANO-MORALES *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 116 Fed. Appx. 236; and

No. 04–9021.  MALIK, AKA KHARA *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 112 Fed. Appx. 894.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).